Louis C. Noot v. Midge F. Noot.— See memorandum per curiam.

Trustees of Presbytery of New York v. Westminster Presbyterian Church of

West Twenty-third Street and Others.— Motion denied, with ten dollars costs. Settle order on notice.

The People of the State of New York v. Frederick W. Whitridge, as Receiver, etc.— Motion granted.

In the Matter of Marvin E. Parrott, an Attorney.— Application granted. Settle order on notice.

Joseph L. Graf v. National Surety Company.— Application granted upon plaintiff's filing stipulation as directed in order.　Order signed.